efiled 6/11/07

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Eric L. Zagar
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re ULTRATECH, INC. DERIVATIVE LITIGATION | Master File No. 5:07-cv-01349-JF |
| This Document Relates To:<br><br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS THE ACTION WITHOUT PREJUDICE |

WHEREAS, two related shareholder derivative actions on behalf of nominal defendant Ultratech, Inc. ("Ultratech") were filed in this Court:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Bui v. Berry, et al.* | C-07-01349-JF | 03/07/07 |
| *Ehrenberg v. Berry, et al.* | C-07-01811-JF | 03/30/07 |

WHEREAS, pursuant to a stipulation of the parties, on May 11, 2007, this Court entered an Order consolidating these cases under the caption "*In re Ultratech, Inc. Derivative Litigation,*" under docket number Master File No. 5:07-cv-01349-JF, and appointing plaintiffs Coy T. Bui and Charles

STIP & [PROPOSED] ORDER TO VOLUNTARILY
DISMISS THE ACTION WITHOUT PREJUDICE                                                    - 1 -

1. B. Ehrenberg as Lead Plaintiffs and the law firm of Schiffrin Barroway Topaz & Kessler, LLP as Lead Counsel;

WHEREAS, on May 18, 2007, Lead Plaintiffs sought an extension until May 29, 2007, to file their Consolidated Complaint;

WHEREAS, on May 21, 2007, this Court entered an Order granting Lead Plaintiffs the requested extension to file their Consolidated Complaint on May 29, 2007;

WHEREAS, following a presentation by Defendants' counsel concerning the internal investigation undertaken by a special committee of the Ultratech Board of Directors and after conducting further investigation, Lead Plaintiffs have determined not to pursue this action;

WHEREAS, Fed. R. Civ. P. 41(a)(1) authorizes Plaintiffs to voluntarily dismiss an action, without prejudice, "by filing a stipulation of dismissal signed by all parties who have appeared in the action;"

WHEREAS, the parties agree to a binding non-disparagement provision pursuant to the dismissal;

IT IS STIPULATED AND AGREED by the parties, through their respective counsel, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1) this action shall be dismissed without prejudice;

2. Defendants agree that they, their agents and attorneys will publicly represent only that the above-captioned action was "voluntarily dismissed by Plaintiffs" and was "without merit."

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 6, 2007 | **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** |
| 3 | | |
| 4 | | ERIC L. ZAGAR |
| 5 | | ERIC LECHTZIN<br>J. DANIEL ALBERT |
| 6 | | 280 King of Prussia Road |
| 7 | | Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax) |
| 8 | DATED: June 6, 2007 | **MORRISON & FOERSTER, LLP** |
| 9 | | |
| 10 | | /s/ Ken Kuwayti |
| 11 | | DARRYL P. RAINS (Bar No. 104802)<br>KEN KUWAYTI (Bar No. 145384) |
| 12 | | 755 Page Mill Road |
| 13 | | Palo Alto, CA 94304-1018<br>Telephone: 650/813-5600<br>650/494-0792 (fax) |
| 14 | X | |
| 15 | X | |
| 16 | X | |
| 17 | X | |
| 18 | X | |

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/8/07

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

STIP & [PROPOSED] ORDER TO VOLUNTARILY
DISMISS THE ACTION WITHOUT PREJUDICE

- 3 -